UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES JOHNSON
            PLAINTIFF,

        -VS-

ILLINOIS DEPARTMENT
        OF
CORRECTIONS et al
            DEFENDANTS,

CASE NO. (i.e. 18-CV-1374-NJR),

FILED

OCT 03 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

---

FIRST AMENDED COMPLAINT

---

NOW COMES PLAINTIFF MR. JAMES JOHNSON PRO SE, IN HIS FIRST AMENDED COMPLAINT.

## I. INTRODUCTION

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE PLAINTIFF'S EIGHT AMENDMENT RIGHT UNDER THE U.S CONSTITUTION WAS VIOLATED BY THE DEFENDANTS USE OF EXCESSIVE FORCE AND/OR ACTED WITH DELIBERATED INDIFFERENCE TO PLAINTIFF SERIOUS MEDICAL NEEDS.

2. THIS COMPLAINT ALSO SEEKS TO REDRESS SEVERAL OTHER VIOLATION OF THE PLAINTIFFS RIGHTS BY THE DEFENDANTS.

3. DUE TO THE CONTINUATION OF HARASSMENT, AND THREATS, OF RETALIATION, THAT THREATENS THE PLAINTIFFS SAFETY BY IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AT THE HANDS OF THE DEFENDANTS AND/OR OTHER EMPLOYEES/OFFICIALS AT MENARD CORRECTIONS, THE PLAINTIFF REQUEST DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202, PLAINTIFF REQUEST FOR INJUNCTIVE RELIEF BY PROTECTION OF TEMPORARY RESTRAINING ORDER. THE PLAINTIFF SHOULD BE IMMEDIATELY TRANSFERRED TO ANOTHER FACILITY TO PREVENT HIM FROM ANY FURTHER INJURY.

## II. PLAINTIFF

4. PLAINTIFF MR. JAMES JOHNSON, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF ILLINOIS IN THE COSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS. HE IS CURRENTY A PRISONER AT MENARD CORRECTIONS.

## III. DEFFENDANTS

5. DEFENDANT JOHN BALDWIN, IS THE DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, HE IS RESPONSIBLE FOR POLICIES PUT IN PLACE AT CORRECTIONALS CENTERS IN THE STATE OF ILLINOIS, AND OVER SEEING EVERY PRISON IN THE ILLINOIS DEPARTMENT OF ILLINOIS, THROUGH THE ADMINISTRATION GRIEVANCE PROCEDURE. HE HAS PERSONALLY SIGN OFF ON GRIEVANCE'S DEALING WITH THIS COMPLAINT, HIS DELIBERATE INDIFFERENCE, HAS RESULTED IN AND CONTINUES TO CLEAR VIOLATIONS OF THE PLAINTIFF'S RIGHTS, MAKING HIM LEGALLY LIABLE IN THE COURT OF LAW.

6. DEFENDANT RANDY PFISTER, WAS THE WARDEN OF STATEVILLE CORRECTIONS, HE IS LEGALLY RESPONSIBLE FOR THE OPPERATIONS AT STATEVILLE, AND THE WELFARE OF ALL INMATES THERE.

7. DEFENDANT JACQUELINE LASHBROOK, IS THE WARDEN OF MENARD CORRECTIONS, SHE IS LEGALLY RESPONSIBLE FOR THE OPPERATIONS AT MENARD, AND THE WELFARE OF ALL INMATES THERE.

8. DEFENDANT SIDDIQUI, IS THE MEDICAL DIRECTOR AT MENARD CORRECTIONS, HE IS LEGALLY LIABLE IN THE COURT OF LAW, DUE TO HIS ACTIONS IN THIS COMPLAINT.

9. DEFENDANT NURSE HAWKINS, NAME THOUGHT NOW TO BE SUSEN, IS AN ASSISTANT TO DEFENDANT MEDICAL DIRECTOR SIDDIQUI, SHE AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD AS A NURSE AT MENARD CORRECTIONS.

10. DEFENDANT NURSE REEVA ENGELAGE, IS AN NURSE AT MENARD CORRECTIONS, SHE AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD AS A NURSE AT MENARD CORRECTIONS.

11. DEFENDANT MAJOR CHAD HASSELMEYER, IS A MAJOR AT MENARD CORRECTIONS, HE WAS THE MAJOR IN CHARGE OF THE CELL EXTRACTION THAT'S MENTIONED ON THE 11-7 SHIFT OF JUNE 23, 2017.

12. DEFENDANT MAJOR JOHN CARTER, IS THE MAJOR OF ALL SECURITY OPERATIONS MENTIONED HEREIN AT MENARD, HE IS ALSO THE MAJOR OF MENARDS ORANGE CRUSH. IN THE MONTH OF JUNE 2017, HE WAS IN CHARGE OF CELL EXTRACTION IN MENARD. AND FORCED HAIR CUTS MUST BE APPROVED BY HIM AND WARDEN JACQUELINE LASHBROOK.

13. DEFENDANT ▓▓▓ WITTHOFT, IS A LIEUTENANT AT MENARD IN THE MONTH OF JUNE 2017, AND ALSO WAS IN CHARGE OF CELL EXTRACTIONS OPPERATION BY ORANGE CRUSH IN CELL HOUSE N2 SEGREGATION UNIT WHERE EVENTS GIVING RAISE TO THESE CLAIMS OCCURRED.

14. DEFENDANT LINDENBERG, IS A SERGEANT AT MENARD CORRECTIONS IN THE MONTH OF JUNE 2017, THROUGH APRIL OF 2018, HE WAS SERGEANT OF N2 SEGREGATION UNIT.

15. DEFENDANT JONES, IS A SERGEANT AT MENARD CORRECTIONS, HE WAS IN CONTACT WITH THE PLAINTIEF WHEN EVENTS GIVING RAISE TO CLAIMS THAT OCCURRED.

16. DEFENDANT KYLE N. BRUMLEVE, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

17. DEFENDANT JOHN McCALEPS, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

18. DEFENDANT WESLEY ENGELAGE, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

19. DEFENDANT DULANEY, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

20. DEFENDANT GRIFFIN, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS

COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

21. DEFENDANT DUDINSKI, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

22. DEFENDANT JOHN DOE #1, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

23. DEFENDANT JOHN DOE #2, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

24. DEFENDANT JOHN DOE TACT TEAM #1, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

25. DEFENDANT JOHN DOE TACT TEAM #2, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

26. DEFENDANT JOHN DOE TACT TEAM #3, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

27. DEFENDANT JOHN DOE TACT TEAM #4, IS A CORRECTIONAL OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT. HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO ILLINOIS STATE PRISON.

28. DEFENDANTS ARE EACH BEING SUED INDIVIDUALLY AND IN HIS AND HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## IV. FACTS

29. ON THE DATE OF MAY 21, 2017, THE PLAINTIFF MR. JAMES JOHNSON, WAS SENT TO SEGREGATION WHILE HE WAS HOUSED AT STATEVILLE CORRECTIONAL CENTER, FOR A HOME MADE WINE TICKET. THIS PLAINTIFF CONTACTED INTERNAL AFFAIR'S & REQUESTED THAT THE CONTRABAND BE TESTED, AND MADE OBJECTIONS TO THE DISCIPLINARY NOT BEING ACCURATE. ON THE OF JUNE 16, 2017, AFTER BEING INFORMED BY PLAINTIFFS THEN COUNSELOR MS MEGGINS, THAT HE WOULD BE SENT TO MENARD CORRECTIONS BY WARDEN /DEFENDANT RANDY PFISTER, DUE HIM PERSONALLY GOING OVER PLAINTIFF'S TICKET. COUNSELOR MEGGINS, WAS ON THE PLAINTIFF'S ADJUSTMENT COMMITTEE AND HEARD HIS TICKET, ALONG WITH LT BEST.

30. AFTER BEING INFORMED THAT WARDEN RANDY PFISTER, WAS PERSONALLY HANDLING HIS TICKET, PLAINTIFF FILED AN EMERGENCY GRIEVANCE IN FEAR OF HIS WELL BEING WOULD BE IN DANGER IF HE WAS TRANSFERRED TO MENARD, SEE ATTACHED GRIEVANCE AND RESPONSE BY DEFENDANT PFISTER, AS EXHIBIT( ).

31. IN THE GRIEVANCE PLAINTIFF PLEADED NOT TO BE TRANSFERRED DUE TO HIS WELL BEING WOULD BE IN JEOPARDY, AND HIS LIFE WOULD BE IN DANGER, AT THE HANDS OF MENARD'S PRISON GUARD'S, FOR HIS RELIGIOUS BELIEFS.

32. DUE TO THE PLAINTIFF BEING RASTAFARIAN AND MAKING THE NAZIRITE VOW TO WEAR HIS HAIR LONG IN ITS NATURAL FORM OF DREAD LOCKS, AND MENARD PRISON OFFICIALS DISCRIMINATING AGAINST BLACK PRISONERS WITH DREAD LOCKS IT WOULD PLACE PLAINTIFF IN DIRECT DANGER.

33. PLAINTIFF REQUESTED TO DEFENDANT RANDY PFISTER, TO NOT BE TRANSFERRED DUE TO THE ABOVE, OR TO BE TRANSFERRED TO ANOTHER FACILITY NOT MENARD FOR HIS SAFETY.

34. DEFENDANT RANDY PFISTER, IGNORED THE PLAINTIFFS REPEATED ATTEMPTS TO STOP HIS TRANSFER THAT HE THE DEFENDANT KNEW WOULD PUT THE PLAINTIFF IN DIRECT DANGER.

35. ON THE DATE OF JUNE 21, 2017, THE PLAINTIFF, WAS TRANSFERRED MENARD CORRECTIONAL CENTER.

36. AS SOON AS PLAINTIFF STEP FOOT OFF THE TRANSFER BUS HE WAS TOLD TO STEP OFF TO THE SIDE BY TWO UNKNOWN PRISON GUARDS, THEY STATED: "YOU KNOW THAT HAIR OF YOURS HAS TO GO BOY!" PLAINTIFF TOLD THEM THAT HE IS RASTAFARIAN AND HAD MADE THE NAZARITE VOW, AND HIS HAIR WAS APART OF HIS RELIGIOUS BELIEFS/WAY OF LIFE.

37. THE TALLER GUARD OF THE TWO STATED: "I DONT GIVE A DAMN ABOUT YOU BEING RASTAFARIAN, THIS IS MENARD THAT SHIT GOT TO GO!" AS THE PLAINTIFF GOT INSIDE THE PRISON, HE WAS TOOK TO A ROOM WHERE HE WAS STOPED IN FRONT OF A GROUP OF GUARDS, AND DEFENDANT NURSE REEVA ENGELAGE, WHOM ALL STOP TALKING, DEFENDANT DULAINEY, STATED: "GOD DAMN I DONE SEEN IT ALL A MONKEY WITH DREADLOCK." THE ROOM ERUPTED IN LAUGHTER AS NURSE ENGELAGE, ATTEMPTED TO COVER HER FACE IN LAUGHTER.

38. THE OFFICERS ASKED THE PLAINTIFF TO CUT HIS HAIR. HE TOLD THEM THAT CUTTING HIS HAIR WAS AGAINST HIS BELIEFS. HE WAS TOLD "THAT ONE WAY OR ANOTHER THAT NASTY SHIT IS COMING OFF." BY OFFICER DULAINEY.

39. PLAINTIFF WAS THEN TOOK TO A SEGREGATION CELL # 239, BY DULAINEY, WHO STATED: "DUMMY WE KNEW THAT YOU WERE COMING ALREADY AND WE GOT A MENARD ASS WHIPPIN WAITING ON YOU!"

40. THE NEXT DAY JUNE 22, 2017, PLAINTIFF WAS TAKEN FROM HIS CELL BY GUARD JOHN MCCALEB, TO SEE DEFENDANT MAJOR JOHN CARTER, CARTER TOLD PLAINTIFF "IF HE AGREE TO A HAIR CUT, HE WOULD MOVE THE PLAINTIFF FROM BEHIND HIS STEEL DOOR CELL, AND INTO A CELL WITH BAR'S WITH GOOD VENTILATION, AND GIVE HIM A STATE ISSUED FAN DUE TO IT BEING SO HOT!"

41. PLAINTIFF TOLD CARTER THAT HE WOULD STAY IN SEG THEN CUT HIS HAIR. HE ALSO REQUESTED TO SPEAK TO INTERNAL AFFAIRS, FOR HIS WELL BEING IN DANGER DUE TO HIS STAY AT MENARD.

42. CARTER STATED: "YOU HAVE NOTHING COMING UNTILL YOU AGREE TO A HAIR CUT." CARTER, ALSO STATE: "YOU HAVE TO MONDAY OF JUNE 26, 2017, TO AGREE OR IM COMING TO CUT YOUR HAIR.

43. PLAINTIFF GOT BACK TO HIS CELL # 239 THE WATER HAD BEEN TURNED OFF IN HIS CELL. HE FELT THAT HE NEEDED TO SPEAK TO INTERNAL AFFAIRS, AND HE WAS IN FEAR FOR HIS SAFETY.

44. To bring some attention to his urgent situation. He dip an empty toothpaste container in his toilet and filled it with water, as guard Kyle Brumleve, and Wesley Engelage, opened his feed door he shot them with water, and stated: "I need to talk to I/A now."

45. Wesley Engelage, stated: "He put shit on me." Office Brumleve, stated: "The lil bitch got me too."

46. Plaintiff told them that it was only water out of his toilet that's all.

47. They said "Your fucked now." More guards came to Plaintiffs door threatening him. Sergeant Lindenberg, stated: "Don't cry like a lil bitch when we get you." A long came major Carter, who stated: "Johnson come to the door and cuff up."

48. Plaintiff told Carter that he was only cuffing up for I/A or orange crush, due to them having camera's so that nobody would assault him.

49. Carter told a guard standing by the plaintiffs door "when I give you the word spray the hold cell." While pointing to the guards can of papper spray.

50. Defendant Jacqueline Lashbrook, came to the cell door and said: "Mr Johnson, I am the warden what's going on"?

51. Plaintiff told her that he was in fear for his life, and wanted to speak with I/A and her officers' were threatening him and denied him of speaking to I/A. Due to their actions he was afraid to cuff up.

52. Lashbrook, told plaintiff that "nobody is going to touch you I promise, you see the guy over there holding the camera he's I/A come and cuff up so you can talk to him."

53. Plaintiff cuffed up and while he was being escorted by officers Lashbrook was saying "I'm right here Mr Johnson, nobody's going to touch you."

54. According to witness Kent West, see his affidavit. He heard Lashbrook, tell major Carter". Make sure he under stands that wont be tolerated once I leave."

55. Plaintiff was place in a small room with glass doors he spoke to a sergeant from I/A, he told the sergeant that he could not cut his hair due to his religion, and another situation. Due to these issues he was in fear of his life.

56. THE SERGEANT FOR I/A TOLD PLAINTIFF HE SHOULD HAVE WENT ABOUT THIS SITUATION ANOTHER WAY AND SHOOK HIS HEAD.

57. AFTER THE I/A SERGEANT LEFT, A MENTAL HEALTH MAN CAME IN THE ROOM AND SPOKE TO PLAINTIFF, AND THE PLAINTIFF TOLD HIM THIS HE NEEDED HELP FOR FEAR OF THE OFFICERS.

58. A NURSE ENTERED THE ROOM AFTER, AND TOOK HIS BLOOD PRESSURE AND TOLD THE OFFICER MCCALEB, "HE'S GOOD TO GO" WITH A SMILE ON HER FACE.

59. DEFENDANT MCCALEB, TOOK HIM IN THE HALL WHERE SEVERAL OFFICERS WERE WHO TOLD HIM TO KEEP HIS HEAD DOWN, SO HE COULD NOT IDENTIFY THEM.

60. MCCALEB, ASKED "WHERE DO YOU WANT HIM". ANOTHER OFFICER STATED: "PUT THAT BITCH IN THERE".

61. MCCALEB. TOOK PLAINTIFF IN ANOTHER ROOM WITH GLASS DOORS WHERE DEFENDANTS WESLEY ENGELAGE, KYLE BRUMLEVE, SERGEANT LINDENBERG, SERGEANT JONES, AND TWO UNKNOW OFFICERS ENTERED.

62. OFFICER JOHN MCCALEB, WAS HOLDING PLAINTIFF BY HIS CUFFS BEHIND HIS BACK, OFFICER WESLEY ENGELAGE, STATED TO PLAINTIFF "BITCH" AND WITH A CLOSED FIST PUNCHED THE PLAINTIFF IN HIS FACE. ALL OF THE OFFICERS STARTED TO PUNCH, KICK, AND KNEE PLAINTIFF UNTILL HE FAIL ON THE FLOOR.

63. DEFENDANT JOHN MCCALEB, WAS PUNCHING HIM IN THE BACK AND RIBS.

64. DEFENDANT WESLEY ENGELAGE, KICKED PLAINTIFF IN HIS LEFT EAR WHILE HE WAS ON THE FLOOR, CAUSING IT TO START RINGING LOULDLY AND HE PASSED OUT DUE TO ALL OF THE OFFICERS KICKING AND PUNCHING HIM.

65. PLAINTIFF WOKE UP BY BEING SLAPPED IN FACE BY SERGEANT JONES, WHO WAS CALLING HIS NAME.

66. ONCE HE WOKE HE WAS ASSAULTED SOME MORE, WHICH TOOK PLACE 3 TIMES IN ALL, THE LAST TIME HE WOKE TO SERGEANT JONES, AND THE REST OF THE DEFENDANTS / OFFICERS BREATHING HARD.

67. PLAINTIFF COULD FEEL BLOOD RUNNING DOWN HIS FACE FROM HIS EAR BLEEDING, WHICH WAS STILL RINGING, WHEN SERGEANT JONES, STATED: "WILSON IS MY BOY AND I'MA MAKE YO LIFE HELL". WILSON, IS THE NAME OF A INMATE THE PLAINTIFF HAD BEEN HAVING PROBLEMS WITH.

68. PLAINTIFF ALSO OVER HEARD SERGEANT TELLING ANOTHER OFFICER THAT WILSON WAS HIS WORKER IN THE POST ON 5 GALLERY.

69. SERGEANT JONES, TOLD THE OFFICERS TO CONFISCATE ALL OF THE PLAINTIFFS CLOTHES AND SHOES.

70. WHEN PLACING THE HAND CUFF'S AND SHACKLES BACK ON THEY WHERE SO TIGHT THAT THEY CUT OFF BLOOD CIRCULATION AND LEFT SORES ON PLAINTIFFS WRISTS AND ANKLES. PLAINTIFF COMPLAIN TO DEFENDANTS WHO TOLD HIM TO SHUT UP.

71. DURING THESE ASSAULTS PLAINTIFF URINATED ON HIS SELF, HE COULD BARELY WALK ON HIS OWN AS HE WAS PLACED IN A NEW CELL #222.

72. THIS CELL'S CONDITIONS WAS INHUMANE AND ABUSIVE, THERE WAS NO MATRESS TO SLEEP ON, NO SHEETS, NO BLANKET, NO RUNNING WATER, NOR ANY TOILET PAPER.

73. THE PLAINTIFF HAD NO CLOTHES OR SHOES, ONLY HIS BOXER UNDER WEAR.

74. PLAINTIFF AND OTHER INMATES CALLED FOR SOME KIND OF MEDICAL ATTENTION FOR HIS INJURY, BUT ALL OFFICERS AND MEDICAL PERSONNEL INTENTIONALLY IGNORED THE PLAINTIFF. AND THE INMATES WHO WERE BANGING AND KICKING ON THEIR DOORS.

75. LATER THAT NIGHT ON THE 11-7 SHIFT, A TACT TEAM RAN INTO PLAINTIFFS CELL AND EXTRACTED HIM FOR NO REASON.

75. HE WAS ONCE AGAIN TOOK TO A STRATEGIC BLIND SPOT UP STAIRS TO THE ROOMS WITH GLASS DOORS ARE AT. BUT THIS TIME HE WAS TAKEN IN A CAGE CELL.

76. PLAINTIFF WAS SEEN BY A WOMEN NURSE WHO ONCE AGAIN TOOK HIS BLOOD PRESSURE AND TOLD THE OFFICERS HE'S O.K.

77. AT THIS TIME PLAINTIFFS FACE WAS SWOLLEN AND HIS BODY COVERED IN BRUISES AND ABRASIONS. HE ASKED THIS NURSE FOR HELP, AND WAS TOLD BY A TACT TEAM OFFICER TO SHUT UP AND KEEP HIS HEAD DOWN.

78. MAJOR/DEFENDANT CHAD HASSELMEYER, STATED: "YOU DOING ALL OF THIS FUCKING UP MY OFFICERS EATING TIME, HE'S ALL YOURS". TO THE TACT TEAM WHO ALL STARTED PUNCHING AND KICKING, UNTILL HE PASSED OUT.

79. PLAINTIFF WOKE UP BEING DRAGED DOWN SOME STAIRS, THE TACT OFFICER HOLDING HIM UP BY HIS ARMS STATED: "PICK YO FEET UP AND WALK BEFORE YOU GET YOUR ASS KICKED SOME MORE".

80. WHEN THEY REACHED CELL # 222, THEY WERE PLACING PLAINTIFF IN THE CELL WHEN MAJOR HASSELMEYER, STATED: "HOLD UP TAKE HIS UNDERWEAR". THE TACT TEAM OFFICER REMOVED THE PLAINTIFF'S SHACKLES AND TOOK OFF BOXERS, AND PUSHED THEM TO THE WALL ON THE GALLERY WHERE THEY STAYED FOR DAYS, WHICH IS ALL CAPTURED ON GALLERY SURVEILLANCE VIDEO.

81. PLAINTIFF WAS PLACED BACK IN CELL # 222, WHICH IS INHUMANE AND LIVING CONDITIONS ARE ABUSIVE, DUE TO THE LIGHTS STAY ON 24-7 CAUSING SLEEP DEPRIVATION, MAKING IT ALMOST IMPOSSIBLE TO SLEEP, AS SOME KIND OF WAR LIKE TACTIC'S, ALONG WITH THE OTHER ISSUES MENTIONED.

82. ON OR AROUND 6-23-17, THROUGH 6-24-17, A NURSE NAMED ELIZABETH, DELIVERED SOME POWDER MEDICATION PRESCRIBED TO PLAINTIFF BY MEDICAL AT STATEVILLE LATOYA WILLIAMS.

83. NURSE ELIZABETH, WAS BEING ESCORTED BY OFFICER MORRIS, WHEN MORRIS OPENED THE PLAINTIFFS FOOD, NURSE ELIZABETH JUMPED BACK WHEN SHE SEEN PLAINTIFF'S FACE.

84. SHE STATED: "WHAT HAPPEN TO YOU". PLAINTIFF SAID "THE GUARDS BEAT ME". OFFICER MORRIS STATED: "HES O.K." NURSE ELIZABETH STATED: "DROP A SICK CALL SLIP." AND DROP THE POWDER IN THE FOOD HOLE.

85. ON THE DATE OF JUNE 26, 2017, THE PLAINTIFF WAS SLEEP ON THE FLOOR OF HIS CELL DUE NOT HAVING ANY BED OR BEDDING, WHILE HE WAS STILL NUDE.

86. HEARD THE OFFICERS SAY "YEAH, ITS TIME FOR SOME ACTION". SOME INMATE SAID "CELL 22 BE CAREFUL CAUSE THEY WILL KILL YOU LIL BROTHER".

87. PLAINTIFF THEN IMMEDIATELY GOT TERRIFIED AND WAS IN FEAR, HE HEARD DEFENDANT MAJOR JOHN CARTER, STATE "JOHNSON COME TO THE DOOR AND CUFF UP ITS TIME FOR YOUR HAIR CUT" AND I DONT WANT TO HEAR SHIT ABOUT YOUR BELIEFS." ANOTHER OFFICER STATED: "THIS IS MENARD FUCK YO BELIEFS".

88. PLAINTIFF WAS IN FEAR OF THESE DEFENDANTS KILLING OR HURTING HIM MORE, SO HE ACTED AS IF HE COULD NOT WALK DUE TO HIS PREVIOUS ASSAULTS.

89. THE TACT TEAM RAN IN HIS CELL HE WAS PUNCHED AND KNEED A FEW TIMES, PLACED IN A CHAIR WITH HIS HANDS CUFFED BEHIND HIM SO TIGHT THEY CUT OFF BLOOD CIRCULATION TO HIS WRIST AND ANKLES.

90. THE STRAPS ON THE CHAIR WERE PULLED TIGHT AROUND THE PLAINTIFF CAUSING HIS ARM'S TO GO NUMB, HE WAS STILL NUDE, SO A JUMPSUIT WAS PLACED OVER PLAINTIFFS LOWERS.

91. DEFENDANT DUDINSKI, MADE JOKES AS HE PUSHED THE PLAINTIFF IN THE CHAIR PASS WOMEN OFFICERS STATING "DONT WORRY LADIES ITS ONLY A MYTH ITS NOT THAT BIG" WHILE HE AND THE WOMEN ALL LAUGH.

92. PLAINTIFF WAS TAKEN TO THE HEALTH CARE UNIT, WHERE HE WAS SEEN BY DOCTOR/DEFENDANT MEDICAL DIRECTOR SIDDIQUI, WHO STATED: "WHATS THE PROBLEM."

93. DEFENDANT NURSE SUSEN STATED: "HE'S OK, HE'S A SHIT THROWER". TACT TEAM OFFICERS CAMPBELL, PHILLIPS, AND DUDINSKI, THREATEN TO PLAINTIFF "IF YOUR LYING YOUR GOING TO WISH YOU WERE PARALYZED". CAMPBELL SAID THIS AS THE OTHERS SHOOK THEIR HEADS IN AGREEMENT.

94. SIDDIQUI, ASKED "WHAT HAPPEN" PLAINTIFF STATED "THE OFFICERS BEAT ME UP".

95. NURSE SUSEN, SMACKED HER LIPS, AND TOOK A DEEP BREATH. PLAINTIFF TOLD BOTH SIDDIQUI, AND NURSE SUSEN THAT HIS HEAD WAS HURTING AND HE WAS DIZZY, HIS RIB'S WERE HURTING AND THAT HIS EAR WAS BLEEDING, HE VOMITTING UP BLOOD.

96. THESE MEDICAL OFFICIALS GAVE HIM A X-RAY, DEFENDANT SIDDIQUI, CALLED WHOM THE PLAINTIFF BELIEVES TO BE A DOCTOR AT CHESTER HOSPITAL AND SAID TO EVER WAS ON THE OTHER END OF THE PHONE" I THINK HE'S FAKING".

97. AFTER SIDDIQUI LEFT THE ROOM, DEFENDANT LIEUTENANT WITTHOFT, WAS STANDING BY A TABLE WHOM NURSE SUSEN, WAS ALSO STANDING BY. HE PICKED UP A SMALL NEEDLE AND LOOKED AT NURSE SUSEN, WHO PUSHED HER SHOULDERS UP IN THE AIR AND SMILED.

98. LT WITTHOFT STUCK PLAINTIFF IN THE BOTTOM OF BOTH FEET SEVERAL TIMES ASKING "CAN YOU FEEL THIS". PLAINTIFF JUST LOOKED AT HIM IN PAIN.

99. PLAINTIFF WAS THEN TAKEN TO A BUILDING TO GET A FORCED HAIR CUT.

100. DUDINSKI, LT WITTHOFT, STATED: "THIS IS MENARDS RELIGION TIME TO CUT THAT SHIT".

101. PLAINTIFF WAS TAKEN AND PLACED ON A STEEL TABLE GURNEY AND STRAPPED DOWN AND HIS HAIR WAS CUT.

102. HE WAS THEN TAKEN AND GIVEN A STATE I.D. PICTURE, WHERE THE OFFICERS MADE LOTS OF RACIALLY DISCRIMINATING JOKES.

103. PLAINTIFFS FACE IS STILL SWOLLEN 4 DAYS AFTER HIS FIRST ASSAULT.

104. PLAINTIFF FILED MANY GRIEVANCES, AND DROP SICK CALL REQUESTS TO NURSES PERSONALLY IN THEIR HANDS TO BE SEEN FOR HIS INJURIES.

105. HE HAD BEEN SUFFERING FOR MONTHS OF CONCUSSION LIKE SYMPTOMS, SEEING DANCING SPOTS EVERY WHERE AT TIMES, INTENSE NAUSEA AND HEADACHES, CONFUSION, WITH DIZZINESS THAT LAST FOR HOURS, AND LOST A LOT OF HEARING, WITH RINGING IN HIS LEFT EAR THAT DEFENDANT ENGELAGE, KICK HIM IN.

106. ON THIS DATE OF JULY 3, 2017, PLAINTIFF WAS TOLD HE HAD TO GO TO THE ADJUSTMENT COMMITTEE TO HEAR HIS DISCIPLINARY TICKET.

107. HE RETURNED TO HIS CELL IT HAD BEEN SHOOK DOWN, HIS GRIEVANCES COPIES OF GRIEVANCES HAD BEEN CONFISCATED, HE ASKED OFFICER JOHN McCALEB, "WHERE WAS HIS GRIEVANCES".

108. McCALEB STATED: "WHAT GRIEVANCES", PLAINTIFF THEN WALKED OVER TO HIS STEEL BUNK AND SEEN A TRAY OF FOOD THAT HAD A SMILEY FACE DREW ON IT.

109. WHEN HE OPENED IT, IT HAD BEEN URINATED IN, McCALEB SAID "ENJOY YOUR FOOD JOHNSON".

110. DUDINSKI STATED: "I CANT HEAR YOU" SO PLAINTIFF CAME TO THE CRACK IN HIS DOOR AND ASK FOR ANOTHER TRAY OF FOOD, DUDINSKI, SPIT IN PLAINTIFFS FACE THROUGH THE CRACK IN HIS DOOR AND STATED: "FUCK YOU".

111. SOME TIME AROUND LATE JUNE OR THE FIRST WEEK OF JULY PLAINTIFF WAS GIVEN HIS FAN DUE TO THE HEAT BEING SO HOT. CELL# 217, HAD NO ELECTRICITY OUTLET TO PLUG IN THE FAN.

112. OFFICER KNEW THIS, THEY LAUGHED AND MADE JOKES ABOUT IT, DURING DAYS WHERE IT WAS OVER 100 OUTSIDE.

113. ONE DAY THE TEMPERATURES WAS ▓▓▓▓▓ OVER 100 DEGREES, PLAINTIFF PASSED OUT, AND WOKE UP WITH A BLOODY NOSE AND SWEATING HARD.

114. HE REQUESTED A NURSE OR DOCTOR TO THE OFFICERS, BUT NO ONE CAME.

115. DUE TO THE HEAT BEING SO HOT A INMATE NAMED MICHEAL A. JEFFERSON, DIED FROM OFFICERS BEATING HIM TURNING OFF HIS WATER AND THE MEDICAL PERSONNEL AT MENARD NOT ATTENDING TO HIS INJURIES, OR DOCUMENTING THEM.

116. SO STEEL DOOR CHUCK HOLES WERE OPENED ON ALL DOORS BUT PLAINTIFFS.

117. WHEN DEFENDANTS MCCALEB, AND DUDINSKI, GAVE THE PLAINTIFF HIS FAN, MCCALEB, GAVE PLAINTIFF SOME MEDS AND STATED:" I THOUGHT YOU COULD USE THESE MEDS MIGHT AS WELL TAKE THEM ALL THEY WILL KILL YOU."

118. ON THE DATE OF JULY 9, 2017, PLAINTIFF TOLD OFFICER BRUMLEVE, THAT HE WAS GOING ON A HUNGER STRIKE TO PROTEST HIS PHYSICAL AND PSYCHOLOGICAL ABUSE BY MENARDS OFFICIALS, HE WOULD NOT EAT ANY FOOD OR DRINK ANY LIQUID TILL SOME THING WAS DONE TO BETTER HIS SITUATION.

119. BRUMLEVE, STATED:" I WAS JUST ABOUT TO GIVE YOU A TRAY TODAY, IM NOT DOING ANY PAPER WORK OR TELLING ANY ONE SHIT." AND GAVE HIS TRAY TO ANOTHER INMATE.

120. ON JULY 18, 2017, PLAINTIFF WAS MOVED OUT OF CELL#217 AND PUT BACK IN CELL#222, WHERE THE LIGHTS NEVER GO'S OFF.

121. DEFENDANT DULAINEY, UNPLUGED THE PLAINTIFFS FAN AND TURNED OFF HIS CELL'S WATER, AND GAVE HIM EMPTY TRAYS OF FOOD ON THE DATES OF JULY 18, 19, 20, 2017, AFTER HE STOP COUNTING.

122. ON THE DATE OF JULY 14, 2017, THE PLAINTIFF WENT ON A MENTAL HEALTH PASS, WHERE HE WAS WAITING WARDEN JACQUELINE LASHBROOK, AND A UNKNOWN MAJOR CAME IN.

123. SHE WAS TALKING TO A OFFICER ABOUT SOME THING WAS WRONG WITH HER NECK, SHE SEEN THE PLAINTIFF AND STATED:" I ALMOST DIDN'T NOTICE YOU."

124. "YOU LOOK NICE WITH YOUR NEW HAIR CUT. THIS IS MENARD ALL OF YOUR LAW SUITS NOT HAPPENING HERE, HOW'S YOUR CELL HOT ENOUGH FOR YOU, I TOLD MY MEN TO TAKE REAL GOOD CARE OF YOU." MCCALEB, STATED:" HE'S IN GOOD HANDS WE GOT HIM".

125. ON JULY 28, 2017, PLAINTIFF HAD A LEGAL, AFTER THE CALL THE CALL HE WAS PLACED IN A CAGED CELL WHILE WAITING TO BE ESCORTED BACK TO HIS CELL.

126. DEFENDANT KYLE BRUMLEVE, CAME IN AND TOLD HIM TO "CUFF UP" BRUMLEVE PUT CUFF'S ON HIM TIGHT BEHIND HIS BACK.

127. AS PLAINTIFF WAS WALKING BRUMLEVE WHO BEHIND HIM SLAPPED HIM ON THE RIGHT SIDE OF HIS FACE AND JAW.

128. PLAINTIFF FELL TO HIS KNEES BRUMLEVE STATED:" GET YO PUSSY ASS UP SNITCH. THEN KNEED PLAINTIFF IN HIS STOMACH.

129. PLAINTIFF FACE WAS SWOLLEN, SO HE REQUESTED TO SEE A NURSE BUT NOBODY CAME TO SEE HIM.

130. SOME TIME LATER NURSE REEVA ENGELAGE, WAS WALKING PASS HE STOP HER AND ASKED COULD SHE LOOK AT HIM, SHE ASKED HIM NAME AND WHEN HE TOLD HER SHE STATED:"I DON'T HELP YOUR KIND".

131. NURSE REEVA IS SOME HOW RELATED TO DEFENDANT WESLEY ENGELAGE, ALSO LIEUTENANT JUSTIN ENGELAGE, WHO CAME TO PLAINTIFFS DOOR AND THREATEN HIM "IF YOU FUCK UP AGAIN I'M GOING TO KILL YOU, YOU GOT THAT"?.

132. THE PLAINTIFF HAD NOT LEFT HIS CELL AFTER THE JULY 28,2017, ASSAULT, HE WAS CALLED TO SPEAK TO AN I/A WOMEN WHO TOLD HIM "I KNOW YOU ARE MAD ABOUT YOUR HAIR, BUT THIS IS MENARD YOU NEED TO GET WITH THE PROGRAM IT EMASCULATES YOU".

133. THE FOLLOWING OFFICERS, SERGEANT LINDENBERG, SERGEANT JONES, GUARDS WESLEY ENGELAGE, JOHN MCCALEB, DUDINSKI, BECKER, GRIFFIN, HOOD, KYLE BRUMLEVE, HAVE BEEN COMING PASS PLAINTIFFS CELL DOOR STATING:"JOHNSON WHY YO PUSSY ASS WONT COME OUT YOUR CELL FOR YARD OR PASSES, ARE YOU SCARED? SINCE YO PUSSY ASS WONT COME OUT WERE COMING IN TO GET YOU ON SHAKE DOWN, IF YO SNITCH ASS TRY TO GET ON THE PHONE TO TELL WE GONE GET YOU OH YEAH WE GONE GET YOU, YOUR ON THE CLOCK BOY, YOU NEED A CLOCK IN THERE TO KEEP UP WITH THE TIME CAUSE YOUR TIME IS COMING SOON".

134. WHEN THE OFFICERS ARE PASSING OUT FOOD OR COMING UP THE GALLERY THEY ARE THREATENING AND HARASSING PLAINTIFF WITH INTIMIDATION.

135. ON THE DATE OF SEPTEMBER 29,2017, OFFICER WESLEY ENGELAGE, STOOD IN FRONT PLAINTIFFS CELL AND STATED:"JOHNSON YOUR A FUCKING COWARD, YOU THREW SHIT ON ME AND WHEN YOU GET YOUR ASS KICKED YOU WANT TO RUN AND AND TELL, I DONT GIVE A DAMN ABOUT YOUR FUCKING LAWYER OR JUDGE, THE NEXT TIME YOU TRY TO TELL WE WILL BE WAITING, YOU GOT AWAY THE LAST TIME".

136. BRUMLEVE, WALKED UP LATER THE SAME DAY AND STATED:"I HEARD YOUR TALKING AGAIN, YOU STILL HAVE NOT LEARNED YOUR LESSON". THE PLAINTIFF FILED GRIEVANCES DEALING WITH THESE ISSUES AND HE HAVE NOT RECEIVED A RESPONSE YET.

137. ON THE DATE OF SEPTEMBER 30,2017, DEFENDANT SERGEANT JONES, WAS MAKING ROUNDS WHEN PLAINTIFF JOHNSON, STOP HIM AND ASKED FOR A MED TECH JONES, STATED:"DROP A SICK CALL SLIP YOU KNOW HOW IT GOS, YOUR GOING TO THE OUT SIDE HOSPITAL ANYWAY" PLAINTIFF ASKED FOR WHAT? JONES STATED:"WE ████████ KNOW ABOUT YOU AND WHAT YOU BEEN DOING, WE GONE SEND YOU BACK UP NORTH TO YOUR LITTLE FRIENDS LOOKING REAL NICE NOW RUN AND TELL THEM THAT".

138. ON DECEMBER 17, 2017, PLAINTIFF WAS GIVEN EMPTY TRAYS ON THE 11-7 SHIFT 3-11 SHIFT. ON THE 11-7 SHIFT SERGEANT HARRIS, DIDN'T GIVE HIM A TRAY AT ALL. HE STATED: "I WAS TOLD TO SCAR YOU"

139. PLAINTIFF WAS SO HUNGRY THAT HE FLOODED HIS CELL WITH WATER THAT RAN ON THE GALLERY. HE'S FILED SEVERAL GRIEVANCES DEALING WITH THIS INCIDENT, AND NONE OF THEM HAD BEEN ANSWERED OR ACKNOWLEDGED.

140. ON THE DATE OF OCTOBER 26, 2017, OFFICE KYLE BRUMLEVE, AND SHAMOWEY, WERE KEYING IN PLAINTIFFS NEIGHBOR FROM A LEGAL CALL, WHEN BRUMLEVE, STATED: "JOHNSON YOU HAVE A ATTORNEY CALL TOO, WE GOT A BAG OF TORTURE WAITING ON YOU IF YOU GO, ARE YOU GOING" PLAINTIFF STATED: "NO". BRUMLEVE STATED: "NOW YOUR GETTING IT". PLAINTIFF MADE AN AFFIDAVIT TO THIS AS ATTACHED EXHIBIT

141. DUE TO THE THREATS AND RETALIATION USED BY MENARDS PRISON OFFICIALS, THE PLAINTIFF MISSED ATTORNEY CALL'S ON THE DATES OF OCTOBER 26, 2017, JANUARY 4, 2018, AND FEBRUARY 8, 2018.

142. ON THE DATE OF JANUARY 17, 2018, SERGEANT LINDENBERG, WHO IS ALSO A DEFENDANT WAS MOVING A INMATE OUT OF CELL #222, THIS INMATE STATED: "THAT HE WAS IN FEAR OF GETTING ASSAULTED AGAIN BY OFFICERS IF HE CAME OUT OF HIS CELL". LINDENBERG, STARTED TO USE INTIMIDATING LANGUAGE TOWARDS THIS INMATE, PLAINTIFF STATED: "YOU KNOW WHAT YOUR DOING AIN'T RIGHT"

143. LINDENBERG, STATED: "JOHNSON THINKS HE CANT BE TOUCHED DUE TO THESE FUCKING CAMERS BUT FUCK HIM AND THESE CAMERS HE HAS TO COME OUT REAL SOON". AND GAVE PLAINTIFF THE MIDDLE FINGER AND THE CAMERA. BY THIS ALL HAPPENING ON CAMERA HE FILED A GRIEVANCE TO THE WARDENS OFFICE AND DIRECTLY TO THE ADMINISTRATION REVIEW BOARD, AND HAS NOT RECEIVED A RESPONSE.

144. ON THE DATE OF FEBRUARY 21, 2018, THE PLAINTIFF WAS SCHEDULED TO BE RELEASED FROM SEGREGATION AFTER 9 MONTHS STRAIGHT OF SEGREGATION, WHEN DEFENDANT JOHN McCALEB, CAME TO THE DOOR AND SAID "O.K JOHNSON TODAY IS YOUR DAY". PLAINTIFF ASKED IS EVERY THING GOOD"? MCCALEB STATED. "THIS IS MENARD YOU HAVE TO WATCH YOUR BACK EVERYDAY ALL DAY". PLAINTIFF ASKED "CAN WE JUST LEAVE THAT ALONE". McCALEB, STATED: "IT AINT MY CALL". PLAINTIFF STATED: "IMA JUST REFUSE HOUSING".

145. McCALEB RETURNED STATING: "IMA HAVE TO WRITE YOU UP FOR A CURTAIN". SERGEANT CO-CONSPIRED ON THIS FEBRICATED INFRACTION THAT'S 60 DAYS IN SEGREGATION.

# V. EXHAUSTION OF LEGAL REMEDIES

146. PLAINTIFF HAS USED ALL AVAILABLE GRIEVANCE PROCEDURE AT BOTH STATEVILLE AND MENARD CORRECTIONS. TRY TO SOLVE HIS PROBLEMS, THE DEFENDANTS AND OFFICIALS AT MENARD HAVE STRIP HIM OF THAT RIGHT TO EXHAUST BY NOT PROCESSING HIS GRIEVANCES. HE HAS EXHAUSTED GRIEVANCES THAT DEFENDANTS JOHN BALDWIN, JACQUELINE LASHBROOK, AND RANDY PFISTER, HAVE ALL SIGNED OFF ON DEALING WITH CLAIMS RAISED IN THIS COMPLAINT. AS STATED MOST RETALIATION HAVE NOT BEEN RESPOND TO: ATTACHED EXHIBITS

# VI. LEGAL CLAIMS

147. DEFENDANT WARDEN RANDY PFISTER, ACTIONS WERE DELIBERATE INDIFFERANT RATHER THEN SIMPLY INCOMPETENT, ITS DIRECTLY CAUSED VIOLATIONS OF PLAINTIFFS EIGHTH AMENDMENT RIGHT TO THE UNITED STATES CONSTITUTION. TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT, WHICH HAS CAUSED PAIN AND SUFFERING, PHYSICAL INJURY AND EMOTIONAL DISTRESS BY PRISON OFFICIALS AT MENARD CORRECTIONS.

148. DEFENDANT WARDEN RANDY PFISTER, ACTIONS OF DELIBERATE INDIFFERENCE, HAS BROUGHT DEPRIVATION OF PLAINTIFFS RELIGIOUS LIBERTY, BY BY WAY OF ILLINOIS DEPARTMENT OF CORRECTIONS GROOMING POLICIES THAT CAUSED A FORCED HAIR CUT THAT VIOLATED THE PLAINTIFFS RIGHTS UNDER THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSON ACT (R.L.U.I.P.A) AND CAUSED EMOTIONAL DISTRESS.

149. DEFENDANT DIRECTOR JOHN BALDWIN, IS THE DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, HE IS DIRECTLY RESPONSIBLE FOR THE POLICY PUT IN PLACE THAT HAS AND STILL CONTINUALS TO VIOLATES THE PLAINTIFFS RIGHTS TO RELIGIOUS LIBERTY, BY DISCRIMINATING GROOMING POLICIES THATS INFRINGE AND VIOLATED PLAINTIFFS RIGHTS UNDER THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSON ACT (R.L.U.I.P.A). WHICH HAS CAUSED PLAINTIFF TO SUFFER CRUEL AND UNUSUAL PUNISHMENT THROUGH A FORCED HAIR CUTS WHILE NUDE ON A STEEL TABLE. AND OTHER ABUSIVE TREATMENT USED BY THE DEFENDANTS/OFFICIALS AT MENARD CORRECTIONS, THATS SUBJECTED PLAINTIFF TO INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

150. DEFENDANT JOHN BALDWIN, IS RESPONSIBLE FOR A GROOMING POLICY THATS RACIALLY DISCRIMINATING BY SEGREGATING INMATES WHO REFUSE TO CUT THEIR HAIR DUE TO THEIR RELIGIOUS BELIEFS, AND FORCING THEM TO BE TIED DOWN BY AGGRESSIVE ORANGE CRUSH OFFICERS, AS THE PLAINTIFF HAS BEEN THE VICTIM OF. THIS POLICY DIRECTLY TARGETS ALL RASTAFARIANS, AND FOLLOWERS OF OTHER BLACK CULTURAL OR RELIGIONS, WHO WOULD BRAKE VOWS OR BURDENED THEIR EXERCISE OF RELIGION, AS IT HAS AND CONTINUAL TO THE PLAINTIFF. THIS POLICY ALSO TARGETS AND DISCRIMINATES AGAINST MOORISH AMERICANS, AND ALL BLACK AFRICAN DESCENTS. DEFENDANT JOHN BALDWIN, GROOMING POLICY HAS CAUSED PLAINTIFF TO SUFFER RACIAL DISCRIMINATION, AND VIOLATES HIS RIGHTS TO THE EQUAL PROTECTION CLAUSE.

151. DEFENDANT JOHN BALDWIN, BEING KNOWLEDGEABLE OF THE ABUSIVE CONDUCT AND MISTREATMENT THAT PLAINTIFF HAS AND STILL IS SUBJECTED TO CONTINUOUSLY BY MENARDS PRISON OFFICIALS THROUGH FORMS OF RETALIATION AND FAILING TO CORRECT AND PROTECT, MAKES HIM LEGALLY LIABLE BY HIS ACTIONS OF DELIBERATE INDIFFERENCE, THE PLAINTIFF IS SUFFERING FROM THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND VIOLATED HIS EIGHTH AMENDMENT.

152. DEFENDANT JACQUELINE LASHBROOK, BY THREATENING PLAINTIFF THAT "THIS IS MENARD, ALL OF YOUR LAW SUITS NOT HAPPENING HERE", AS SEEN BY EXHIBIT #     HER ATTEMPTS AND OTHERS TO HINDER AND QUIET PLAINTIFF'S ATTEMPTS TO GET HELP FOR HIS ABUSIVE TREATMENT BY THE HANDS OF DEFENDANT LASHBROOK AND HER PRISON STAFF. SHE STATED:" IS YOUR CELL HOT ENOUGH FOR YOU, I TOLD MY MEN TO TAKE REAL GOOD CARE OF YOU" WHICH MAKES HER LEGALLY LIABLE FOR THE CRUEL AND UNUSUAL PUNISHMENT PLAINTIFF HAS BEEN SUBJECTED TO, THAT HAS CAUSED HIM PAIN AND SUFFERING PHYSICAL INJURIES AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. SHE IS DIRECTLY RESPONSIBLE FOR ORDERING THE BEATINGS AND ABUSIVE TREATMENT HE HAS SUFFERED, AS SEEN IN THE ATTACHED EXHIBIT (   ) AFFIDAVIT OF KENTES WEST, WHERE SHE TELLS MAJOR CARTER "MAKE SURE THAT THE PLAINTIFF UNDERSTANDS THAT WONT BE TOLERATED ONCE I LEAVE." PLAINTIFF WAS THEN TAKEN AND ASSAULTED.

153. DEFENDANT JOHN CARTER, VIOLATED PLAINTIFFS RIGHTS UNDER THE RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSON ACT (R.L.U.A.I.P.), FOR ORDERING A FORCED HAIR CUT, AFTER PLAINTIFF EXPLAINED TO DEFENDANT OF HIS RELIGION AND VOW ON SEVERAL OCCASIONS.

154. DEFENDANT JOHN CARTER, VIOLATED PLAINTIFF'S RIGHTS TO THE EIGHTH AMENDMENT, BY KNOWING THAT THE PLAINTIFF WAS ABOUT TO BE SUBJECTED

TO EXCESSIVE FORCE BY WARDEN LASHBROOKS, ORDERS, AND FILING TO CORRECT ▓▓ THIS MISCONDUCT. BUT ENFORCING ITS CONTINUATIONS OF ABUSIVE CELL CONDITIONS, AND ASSAULTS, WHICH HAS CAUSED PLAINTIFF PAIN, SUFFERING, PHYSICAL INJURIES, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

155. DEFENDANT LIEUTENANT WITTHOFT, VIOLATED PLAINTIFFS EIGHTH AMENDMENT AND (R.L.U.I.P.A) BY FORCING A HAIR CUT UPON HIM WHILE NUDE, AND WATCHED AS TACT TEAM DEFENDANT DUDINSKI, AND OTHERS KICKED AND PUNCHED HIM AS THEY EXTRACTED HIM ON JUNE 26,2017, WHICH WAS EXCESSIVE FORCE.

156. DEFENDANT WITTHOFT, VIOLATED PLAINTIFF EIGHTH AMENDMENT BY HIS PERSONALLY USE OF EXCESSIVE FORCE WHEN POKING PLAINTIFF IN THE BOTTOM OF BOTH FEET IN THE HEALTH CARE UNIT, CAUSING PAIN, SUFFERING, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

157. DEFENDANT SERGEANT LINDENBERG, USED EXCESSIVE FORCE BY KICKING, PUNCHING, AND KNEEING PLAINTIFF WITH SEVERAL OTHER OFFICERS, WHEN PLAINTIFF WAS NOT BEING DISRUPTIVE OR COMBATIVE WHILE HAND CUFFED AND SHACKLED, LINDENBERG ACTIONS VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT OF THE U.S. CONSTITUATION, AND CAUSED HIM PAIN AND SUFFERING PHYSICAL INJURIES AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

157. DEFENDANT LINDENBERG, VIOLATED PLAINTIFFS RIGHT TO THE EIGHTH AMENDMENT OF CRUEL AND UNUSUAL PUNISHMENT BY ABUSIVE CELL CONDITIONS, THAT CAUSED THE PLAINTIFF TO LOSE OVER 40 POUNDS, AND SLEEP NUDE ON HIS CELL FOUR FOR MONTHS, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

158. DEFENDANT MAJOR CHAD HASSELMEYER, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT OF CRUEL AND UNUSUAL PUNISHMENT, BY ORDERING TACT TEAM TO USE UNNECESSARY EXCESSIVE FORCE, THAT CAUSED SWELLING TO THE PLAINTIFFS FACE AND BODY. AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

159. DEFENDANT SERGEANT JONES, USED EXCESSIVE FORCE AGAINST PLAINTIFF BY PUNCHING, KICKING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, WHICH VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT AND CAUSED HIM TO SUFFER PHYSICAL INJURIES, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

160. DEFENDANT KYLE BRUMLEVE, USED EXCESSIVE FORCE AGAINST THE PLAINTIFF ON THE DATE OF JUNE 22, 2017, BY PUNCHING, KICKING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, WHICH VIOLATED PLAINTIFFS RIGHT TO THE EIGHTH AMENDMENT AND CAUSED PAIN, SUFFERING PHYSICAL INJURIES AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

161. DEFENDANT KYLE BRUMLEVE, USED EXCESSIVE FORCE AGAINST PLAINTIFF AFTER HIS TELEPHONE CALL WITH HIS ATTORNEY ON THE DATE OF JULY 28, 2017, SLAPPING HIM IN THE FACE AND CALLING HIM A SNITCH THEN KNEEING HIM IN THE STOMACH FOR COMMUINACTING WITH HIS ATTORNEY, WHICH VIOLATED PLAINTIFFS EIGHTH AMENDMENT RIGHT, AND CAUSED HIM TO SUFFER PAIN PHYSICAL INJURIES, AND THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

162. DEFENDANT KYLE BRUMLEVE, USED EXCESSIVE FORCE AGAINST PLAINTIFF, AND VIOLATED HIS RIGHT TO THE EIGHTH AMENDMENT BY ABUSIVE CELL CONDITIONS, NOT FEEDING HIM MEALS, FORCING HIM TO STAY IN A CELL WITH OUT RUNNING WATER, OR BEDDING, CAUSING HIM INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

163. DEFENDANT JOHN McCALEB, USED EXCESSIVE FORCE ON THE DATE OF JUNE 22, 2017, AGAINST PLAINTIFF BY PUNCHING, KICKING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT, AND CAUSED THE INTENTIONAL ~~XXXXXX~~ INFLICTION OF EMOTIONAL DISTRESS.

164. DEFENDANT JOHN McCALEB, VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT BY ABUSIVE CELL CONDITIONS, NOT FEEDING HIM MEALS, WHICH CAUSED HIM TO LOSE OVER 40 POUNDS, AND FORCING HIM TO SLEEP NUDE ON HIS CELL FLOOR, WITH NO RUNNING WATER, OR BEDDING, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

165. DEFENDANT WESLEY ENGELAGE, USED EXCESSIVE FORCE AGAINST PLAINTIFF BY PUNCHING, KICKING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT, AND CAUSED THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

166. DEFENDANT WESLEY ENGELAGE, VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT, BY ABUSIVE CELL CONDITIONS, NOT FEEDING HIM MEALS THAT CAUSED HIM TO LOSE OVER 40 POUNDS, AND FORCING HIM TO SLEEP NUDE ON HIS CELL FLOOR, WITH NO RUNNING WATER, OR BEDDING, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

167. DEFENDANT OFFICER GRIFFIN, VIOLATED PLAINTIFFS RIGHTS UNDER THE EIGHTH AMENDMENT, BY ABUSIVE CELL CONDITIONS, NOT FEEDING HIM MEALS THAT CAUSED HIM TO LOSE OVER 40 POUNDS, AND FORCING HIM TO SLEEP NUDE ON HIS CELL FLOOR, WITH NO RUNNING WATER, OR BEDDING, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

168. DEFENDANT OFFICER DUDINSKI, USED EXCESSIVE FORCE AGAINST PLAINTIFF ON THE DATE OF JUNE 26,2017, AS A TACT TEAM OFFICER, DOING A CELL EXTRACTION ON THE PLAINTIFF AS HE KNEED AND PUNCH HIM, CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,

169. DEFENDANT OFFICER DUDINSKI, VIOLATED PLAINTIFFS RIGHT TO THE EIGHTH AMENDMENT, ON THE DATE OF JULY 3,2017, WHEN HE SPIT IN THE PLAINTIFF'S FACE AFTER HE AND THE DEFENDANT JOHN McCALEB, USED INHUMANE BEHAVIOR TO PLAINTIFFS TRAY OF FOOD,

170. DEFENDANT OFFICER DUDINSKI, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT, BY ABUSIVE CELL CONDITIONS, NOT FEEDING HIM MEALS THAT CAUSED HIM TO LOSE OVER 40 POUNDS, AND FORCING HIM TO SLEEP NUDE ON HIS CELL FLOOR, WITH NO RUNNING WATER, OR BEDDING, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,

171. DEFENDANT DULAINEY, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT, BY ABUSIVE CELL CONDITIONS, NOT FEEDING HIM MEALS THAT CAUSED HIM TO LOSE OVER 40 POUNDS, AND FORCING HIM TO SLEEP NUDE ON THE CELL FLOOR WITH NO RUNNING WATER, OR BEDDING, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

172. DEFENDANT ▓▓▓▓▓▓▓▓ JOHN DOE OFFICER #1, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT, BY KICKIN, PUNCHING, AND ▓▓▓▓ KNEEING HIM WITH SEVERAL OTHER OFFICERS, CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, ON THE DATE OF JUNE 23, 2017.

173. DEFENDANT JOHN DOE OFFICER #2, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT, BY KICKING, PUNCHING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS ON THE DATE OF JUNE 23, 2017.

174. DEFENDANT JOHN DOE TACT TEAM #1, ON THE DATE OF JUNE 23, 2017, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT, BY KICKING, PUNCHING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,

175. DEFENDANT JOHN DOE TACT TEAM #2, ON THE DATE OF JUNE 23,2017, VIOLATED PLAINTIFF'S RIGHTS TO THE EIGHTH AMENDMENT, BY KICKING, PUNCHING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

176. DEFENDANT JOHN DOE TACT TEAM #3 ON THE DATE OF JUNE 23,2017, VIOLATED PLAINTIFF'S RIGHTS TO THE EIGHTH AMENDMENT, BY KICKING, PUNCHING, AND KNEEING HIM WITH SEVERAL OTHER OFFICERS, CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,

177. DEFENDANT JOHN DOE TACT TEAM #4 ON THE DATE OF JUNE 23, 2017, VIOLATED PLAINTIFF'S RIGHTS TO THE EIGHTH AMENDMENT, BY KICKING, PUNCHING, AND KNEEING HIM WITH SEVERAL OTHER OFFICER'S CAUSING THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

178. DEFENDANT MEDICAL DIRECTOR SIDDIGI, VIOLATED PLAINTIFF'S RIGHTS TO THE EIGHTH AMENDMENT, BY HIS DECISION TO IGNORE THE PLAINTIFFS COMPLAINTS, AND NOT DOCUMENT HIS INJURIES, DEFENDANT'S ACTIONS WERE NOT BASED ON MEDICAL JUDGMENT, BUT RATHER INDIFFERENCE, RATHER THEN SIMPLY INCOMPETENT, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

179. DEFENDANT NURSE SUSAN, VIOLATED PLAINTIFF'S RIGHTS TO THE EIGHTH AMENDMENT, BY HER DECISION TO RETALIATE AGAINST PLAINTIFF AND IGNORE THE PLAINTIFFS COMPLAINTS, AND NOT DOCUMENT THE PLAINTIFFS INJURIES, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

180. DEFENDANT NURSE REEVA ENGELAGE, VIOLATED PLAINTIFFS RIGHTS TO THE EIGHTH AMENDMENT, BY HER DECISION TO RETALIATE AGAINST PLAINTIFF AND IGNORE THE PLAINTIFFS COMPLAINTS, AND NOT DOCUMENT HIS INJURIES, CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

181. PLAINTIFF JAMES JOHNSON, HAS NO PLAIN ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VII. PRAYER FOR RELIEF

182. WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS ENTERS JUDGMENT:

183. GRANTING PLAINTIFF'S DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

184. A PERMANET INJUNCTION ORDERING THE PLAINTIFF'S TRANSFER DUE TO THE PHYSICAL VIOLENCE AND ABUSIVE PRISON CONDITIONS HE FACES THROUGH THE DEFENDANT RETALIATION AND THREATS TOWARDS PLAINTIFF FOR HIS RELIGIOUS BELIEFS, AND

185. GRANTING PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $75,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, AND

186. PLAINTIFF ALSO SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $75,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

187. PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

188. PLAINTIFF ALSO SEEKS RECOVERY COSTS IN THIS SUIT, AND

189. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.


DATE SEPTEMBER 30, 2018,


RESPECTFULLY SUBMITTED,
JAMES JOHNSON
#R43615 P.O. BOX 711
MENARD ILLINOIS
62259


## VERIFICATION

I HAVE READ THE FORGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

EXECUTED AT MENARD, ILLINOIS ON ▓▓▓▓ SEPTEMBER 30, 2018,

JAMES JOHNSON

(22)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES JOHNSON
          PLAINTIFF,               ) CASE NO: i.e. 18-CV-1374-NJR
                                   )
     - VS -                        )
ILLINOIS DEPARTMENT                )
     OF                            )
CORRECTIONS et al                  )
          DEFENDANTS,              )

PROOF / AFFIDAVIT OF SERVICE

PLEASE TAKE NOTICE THAT ON SEPTEMBER 30, 2018, I HAVE PLACED THE DOCUMENTS LISTED BELOW IN THE INSTITUTIONAL MAIL AT MENARD CORRECTIONAL CENTER PROPERLY ADDRESSED TO THIS HONORABLE COURT. DUE TO BEING BLACK BALLED AND REFUSED ACCESS TO COPIES AND THE LAW LIBRARY, I COULD NOT PROVIDE COPIES FOR THE COURT. I PRAY THAT MY RETURN COPY AND COPIES FOR THE COURT, AND ANY OTHERS BE CHARGED TO MY PRISON ACCOUNT.

PURSUANT TO 28 U.S.C. 1746, 18 U.S.C. 1621, OR 735 ILCS 5/109, I DECLARE UNDER THE PENALTY OF PERJURY THAT I'AM THE NAMED PARTY IN THE ABOVE DOCUMENTS, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT. EXECUTED ON THIS SEPTEMBER 30, 2018,

SELF NOTARY BY JAMES JOHNSON,
THIS 30TH DATE OF SEPTEMBER 30, 2018.
_James Johnson_

RESPECTFULLY SUBMITTED
_James Johnson_
JAMES JOHNSON
I.D.O.C. # R43615
MENARD CORRECTIONAL
     CENTER
P.O. BOX 1000
MENARD ILLINOIS
     62259.

(1.)

U.S. POSTAGE >> PITNEY BOWES

ZIP 62259 $ 003.52⁰
02 1W
0001389078 OCT 01 2018

**Correspondence From IDOC Inmate**

**-LEGAL MAIL-**

MAIL CLEARED
U.S. MARSHALS

LEGAL MAIL

DATE 9-30-18

JAMES JOHNSON #R43615
P.O. BOX 711
MENARD, IL
62259

THE CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVENUE
EAST ST LOUIS, ILLINOIS 62201

MON 01 OCT 2018 PM

RECEIVED

OCT - 3 2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE